Court of Appeals
Fifth District of Texas
At Dallas
Appeal No. # 05-14-01055-CV

Lakeith Amir-Sharif

vs.

Chester Cadieux III et al.,

FILED IN
COURT OF APPEALS

MAR 0 4 2015

LISA MATZ
CLERK, 5th DISTRICT

Appellant's Motion for Court To Take Judicial Notice of Adjudicative Facts Supporting Appellant's Jurisdiction Arguments Presented

Pursuant to Tex. R. Evid. 201, and all other relevant Rules of Court and statutes, plus the due process, due course of law, equal protection and access to court provisions of the United States and Texas

(1.)

Constitutions, Appellant files this motion and asks the members of this Court of Appeals to take judicial notice of the following:

I.

On July 15, 2014, I submitted my Objection To Administrative Closure And Motion For Hearing On Objections to Dallas County District Clerk Gary Fitzsimmons. According to the District Clerk's record and the attached copy of my coverletter and motion/ objections my pleading was filed on July 23, 2014, by the district clerk. (See: July 15, 2014, coverletter and motion/objections, Attached hereto as Exhibit No. #01.)

(2.)

## II.

On July 22, 2014, I placed judge Gena Slaughter on notice of my objection to her administratively closing this case, plus that I wanted the judge to conduct a hearing, consider and render decisions on the written objection I have filed about the closure order, by mailing judge Slaughter a letter accordingly. (See: July 22, 2014, letter attached hereto as Exhibit No. # 02)

On the first page of this July 22, 2014, letter the district clerk's stamp has the words "Motion-Vacate." (See: page 01, of letter)

The trial judge's refusal and failure to consider and render a

(3.)

decision on my objections constitutes an implicit denial of my objections and thus is an abuse of discretion; as well as a reversible error. This error is properly preserved and thus provides this Court of Appeals jurisdiction over this case contrary to. the Appellee's argument. See: Tex. R. App. P. 33.1 (A); Elli Lilly & Co. vs. Marshall, 829 S.W. 2d at 158 (Tex. 1992); In Re: Amir-Sharif, 357 S.W. 2d 180, 181 (Tex. App. Dallas 2012))

Moreover, in the Appellee's jurisdiction brief they admit and cite authority that supports my arguments about the trial court's error in not acting on my complaint/objections regarding the Administrative Closure of this case. (See: Appellee's jurisdiction brief)

(4.)

## III.

Because the trial court implicitly denied my timely and properly presented objections concerning the administrative closure order, this Court as a matter of law "**does**" have jurisdiction and should issue an order accordingly to exercise its jurisdiction and inherent authority of appellate review.

## PRAYER

Appellant prays that not inconsistent with the foregoing authorities cited plus those known to the members of this Court, that appropriate orders be issued so this appeal can be prosecuted without any further and undo delays.

(5.)

# VERIFICATION

Under penalty of perjury and in accordance with all relevant rules of court and statutes, I, Lakeith Amir-Sharif, Appellant, swear that the statements made herein are true, have been read by me; and that all the attached exhibits are true authentic copies of the district clerk records, and support the jurisdiction of this court.

Executed in Brazoria County, Texas on February 26, 2015.

Lakeith Amir-Sharif

Respectfully submitted February 26, 2015.

Lakeith Amir-Sharif
TDCJ No.#1505969
Ramsey I Prison Unit
1200 FM 655
Rosharon, Texas
77583-8602

## Certificate of Service

By depositing a true copy of the above "Appellant's Motion for Court To Take Judicial Notice of Adjudicative Facts Supporting Appellant's Jurisdiction Arguments Presented", into the prison's outgoing mail system addressed to Donna C. Prauler, I certify service by regular U.S. Mail has been made on February 26, 2015.

Lakeith Amir-Sharif

(7)

Exhibit No. #01

FOREVER USA

NORTH HOUSTON TX 772

21 JUL 2014 PM 4 l

Mr. Lakeith Amie #1505967
Ramsey II Personal Unit
1200 FM 655
Rosharon, TX 77583-8602
"Legal Mail"

Gary Fitzsimmons, District Clerk
George Allen Sr. Courthouse
600 Commerce Street
Dallas, TX 75202-4606

75202446616

July 15, 2014

FILED
14 JUL 23 PM 3:43
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
DEPUTY

Mr. Lakeith Amir-Sharif
(TDCJ No. #1505969)
Ramsey II Prison Unit
1200 FM 655
Rosharon, TX 77583-8602

Gary Fitzsimmons, District Clerk
600 Commerce Street
Dallas, TX 75202-4606

Re: Case No. #DC-14-03842, Amir-Sharif
vs. Cadieux III, et Al; Objections To Administrative
Closure, And Motion For Hearing On Objections

Dear Mr. Fitzsimmons:

Please file the enclosed
objections And motion for hearing/Ruling on
objections. Once filed please "immediately" notify
Judge Slaughter of the filing so appropriate Action
maybe taken.

Thank You,
Lakeith Amir-Sharif

LAS/(1) Enclosure

cc: The Pervirk Group

79

FILED
14 JUL 23 PM 3:43
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
DEPUTY

In The 190th District Court For
Dallas County

Case (s) No.: DC-14-03842

Lincolh Amir-Sharif
vs.

Chelee Codiana III, et al.,

Plaintiff's Objection To Administrative
Closure Of Case, And Motion For A
Live Hearing On The Objection

Pursuant to Tex. R. App. 33.1 A) 1, and all other appropriate rules of court, statutes plus the due process due course of law - equal protection guarantees & equal access open court provisions of the United States and Texas Constitutions, Plaintiff files this motion for a hearing to be conducted on his objection ruling made at this time with

(1.)

DC-14-03842
OBJ
OBJECTION
606090

75

Respect to this Court's order Administratively closing this lawsuit which involves the enforcement of Appeal expense ordered paid by the defendants to the Plaintiff. The Plaintiff objects and request Rulings be made accordingly for the following Reasons:

(1.) The defendants have "__NEVER__" filed an Answer to this lawsuit As Required by law And Plaintiff in turn filed a motion on July 07, 2014 seeking a No-Answer default judgment against All of the named defendants. __That motion has "NEVER" been considered And Ruled on by this court Nor the 160th District Court of Judge J. Jordan__

(2.) The order transferring this case from the 160th district court to this court is objected to because __Plaintiff was "NEVER" served proper, timely notice of this Action nor was the Plaintiff given An opportunity to be heard on the issue prior to, or After the transfer between the two district courts.__ Plaintiff's due process, due course of law, Access to courts, right to petition, And equal protection rights have be knowingly violated As a consequence

(2.)

(3.) The facts underlying the basis for this lawsuit and Plaintiff's entitlement to judgment is unquestionable. This being so, and not inconsistent with Tex. R. Civ. P., Civ. P.; Rem. Code §154.002, §154.003, and long recognized principle that "justice" demands a speedy resolution of disputes between litigants, this case should not be administratively closed.

(4.) If this court refuses to rule on the objections presented above in paragraphs 1-3, Plaintiff hereby objects to this court's refusal to rule. Tex. R. App. P. 33.1(A)(2)(B), 33.2, In re Shredder Co., 225 S.W.3d at 679-80; O'Donell, 940 S.W.2d 411, 416 (Tex. App.- Fort Worth, 1997).

(5.) Plaintiff request that within a reasonable time after the date of this motions submission this court rule on this motion and the objections herein. In re Kleven, 160 S.W. 3d 643, 644 (Tex. App. - Texarkana 2003); Eli Lilly & Co. vs. Marshall, 829 S.W.2d at 158 (Tex 1992); In re Lakeith Amir-Shreif, 357 S.W.3d 186, 181 (Tex. App. - Dallas 2012)

(3.)

(6.) Plaintiff has been waiting 4½ years to resolve the underlying litigation that resulted in the appellate order now trying to be enforced! Plaintiff is incarcerated without any income and reimbursement for his costs of appeal should not unnecessarily be delayed.

Respectfully submitted on July 15, 2014.

LaKeith Amir-Sharif
1800 FM 655
Rosharon, Tx 77583-8602

## Certificate Of Service

By depositing a true and correct copy of this motion and objections into the prison's mail system addressed to counsel of Record, I certify that service by U.S. Mail has been accomplished on July 15, 2014.

LaKeith Amir-Sharif

(4.)

78

Exhibit

No. #02

Ms. LaKeigh Amie-Shacif (#1505762)

KINGSTON TEXAS 77583
REGISTERED MAIL
Legal Mail

FOREVER

25 JUL 2014 PM 2 L
HOUSTON TX 773

Honorable Gena Slaughter, Judge
191 st District Court Dallas County
c/o Marsha Sweet, Court Administrator
600 Commerce Street
Dallas, TX 75202-4606  OK

7E202345IS

July 22, 2014

Mr. Lakeith Amir-Sharif
(TDCJ No. #1505969)
Ramsey II Prison Unit
1200 FM 655
Rosharon, Tx 77583-8602

Honorable Gena Slaughter,
Judge 191st District Court
600 Commerce Street
Dallas, Tx 75202-4606



DC-14-03842
MVAC
MOTION - VACATE
809002

Re: Case(s) No.# DC-14-03842, DC-14-03023-J; DC-09-13818-E; Amir-Sharif vs. Quik Trip Corp., Cadieux III.

Dear Judge Slaughter:

I am writing to respectfully request that you take the following actions in the above-referenced cases:

DC-09-13818-E : Schedule a telephonic or video conference hearing and at said

(1.)

84

HEARING consider and render decisions on "ALL" of my pending motions and requests — some of which have been pending for approximately four(4) years. Also direct your clerk to mail me a "certified copy" of "ALL" orders that you issue.

DC-14-03023 : Vacate your order administratively closing this litigation. Conduct a hearing and consider and render decisions on the written objections I have filed about the closure order. Also issue ADR Referral.

DC-14-03842: Vacate your order administratively closing this litigation. Conduct a hearing and consider and render decisions on the written objections I have filed about the closure order. Also render a decison on

(2.)

my Motion for "No-Answer" Default Judgment. Also issue ADR referral in the event the defendants file an answer before a hearing is conducted or order issued on my default motion.

Please direct the clerk to provide me with "certified copies" of all orders you issue in cases DC-14-03023; DC-14-03842.

Most Respectfully,
Lakeith Amir-Sharif

LAS/

cc; The Peavler Group

(3.)

Feb. 24, 2015

Mr. L. Amir-Sharif
#1505969 - Ramsey II Prison Unit
1200 FM 655
Rosharon, Texas 77583-8602

Lisa Matz, Clerk
Court of Appeals At Dallas
600 Commerce Street
Dallas, Texas 75202-4606

FILED IN
COURT OF APPEALS

MAR 0 4 2015

LISA MATZ
CLERK, 5th DISTRICT

RE: Appeal No.# 05-14-01055-CV; Lakeith
Amir-Sharif vs. Chester Cadieux III, et al.,

Clerk Matz:

Enclosed for you to file
And then bring to the Court's immediate
Consideration Vis: (1) Appellant's Supplement
To Court Ordered Jurisdiction Letter Brief.
(2) Appellant's Motion For Court To Take

(1).

Judicial Notice of Adjudicative Facts.

If you have any questions please contact me immediately.

Sincerely,
Lakeith Amir-Sharif

LAS/Enclosures

CC: Donna C. Peavler, Esq.,

(2.)